UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:04CV-631-H

PAUL WHITEWOOD                                                                                   PLAINTIFF

V.

ROBERT BOSCH TOOL CORP.                                                                DEFENDANT

**MEMORANDUM AND ORDER**

      Defendant, Robert Bosch Tool Corp., has moved to enforce a prior settlement agreement. The Court has already discussed this matter with the parties and in fact has denied a similar motion filed by Plaintiff. Being familiar with the file and being otherwise sufficiently advised,

      IT IS HEREBY ORDERED that Defendant's motion to enforce a prior settlement agreement is DENIED.

cc:     Counsel of Record