UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:04CV-631-H

PAUL WHITEWOOD                                                    PLAINTIFF

V.

ROBERT BOSCH TOOL CORP.                                          DEFENDANT

**MEMORANDUM AND ORDER**

Plaintiff has moved to correct a final judgment and to clarify the conditions for collecting that judgment.  The Court has once again met with counsel to clarify matters.

During the process of negotiations after trial, Plaintiff's counsel objected to Defendant's requirement that Plaintiff sign a certain release to receive a partial negotiated settlement of his claims.  To say the least, it is difficult to negotiate partial payment of a judgment while at the same time insisting on retaining the right to appeal.  Nevertheless, counsel attacked Defendant's counsel for being litigious and for requiring an "illogical and lengthy" battle to collect his judgment.  This has been hard fought litigation, but there is no place for these kinds of remarks and attacks.

The circumstances are quite clear.  Should the Court of Appeals affirm or Plaintiff elect not to appeal, Plaintiff is entitled to his judgment with execution of a standard general release and nothing more.  Should Plaintiff persist in his appeal, as he is entitled to do, then Defendant will undoubtedly also cross-appeal.  Under those circumstances, unless the parties negotiate a separate arrangement, Plaintiff would not be entitled to payment of his judgment until the appeal

is completed and the judgment affirmed.

These orders resolve all pending disputes.  Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's motion to correct or clarify the judgment is DENIED.

IT IS FURTHER ORDERED that Plaintiff's motion to file his Bill of Costs is SUSTAINED.

cc:    Counsel of Record